# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**GOLF 255, INC., Debtor,**

    **Appellant,**

v.                                                                   CASE NO. 07-MC-15-DRH

**ROBERT EGGMANN, Trustee in**
**Bankruptcy for Golf 255, Inc.,**

    **Appellee.**

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**  This action came before the Court on the appellee Chapter 11 Trustee in Bankruptcy's Motion to Dismiss.

    **IT IS ORDERED AND ADJUDGED** that the motions is **GRANTED.**  This matter is **DISMISSED with prejudice**.

                                                        **NORBERT G. JAWORSKI, CLERK**

June 12, 2007                                                    BY:   /s/Patricia Brown
                                                                                Deputy Clerk

APPROVED:  /s/    David   RHerndon
                **U.S. DISTRICT JUDGE**

Case 3:07-mc-00015-DRH   Document 15   Filed 06/12/07   Page 2 of 2   Page ID #65